# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5252**  **September Term, 2025**

1:24-cv-02381-JMC

Filed On: January 8, 2026

Theresa Garner,

    Appellant

  v.

United States of America,

    Appellee

**BEFORE:**  Rao, Walker, and Childs, Circuit Judges

### O R D E R

Upon consideration of the court's September 17, 2025 order to show cause why this appeal should not be dismissed as moot, the response thereto, the reply, and the surreply; appellant's brief and the supplements thereto; appellant's pending motions and petitions and the amendments and supplements thereto; and the motion for summary affirmance, the response thereto, and the reply, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that this appeal be dismissed as moot. This is an interlocutory appeal from the district court's October 1, 2024 minute order denying appellant's motion for a preliminary injunction. On July 24, 2025, the district court entered a final order dismissing appellant's case, which appellant separately appeals in No. 25-5335. Because the district court's denial of appellant's motion for a preliminary injunction merges with the district court's final dismissal order, this appeal is moot. See Shaffer v. Carter, 252 U.S. 37, 44 (1920); Am. Postal Workers Union v. U.S. Postal Serv., 764 F.2d 858, 860-61 n.3 (D.C. Cir. 1985). Contrary to appellant's argument, this interlocutory appeal did not divest the district court of jurisdiction. See Ex parte Nat'l Enameling & Stamping Co., 201 U.S. 156, 161-62 (1906) (explaining that proceedings in the lower court "are not to be stayed" during the pendency of an interlocutory appeal from an injunctive order because the only matter on appeal is the interlocutory order, not "the cause as a whole"); Soc'y for Animal Rts., Inc. v. Schlesinger, 512 F.2d 915, 918 (D.C. Cir. 1975) ("We assume that the case will proceed forward expeditiously in the district court despite the pendency of the [28 U.S.C. §] 1292(a) appeal in this court.").

# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 24-5252**                                         **September Term, 2025**

Appellant's remaining arguments do not alter the conclusion that this appeal is moot. Appellant fails to demonstrate that any exception to mootness applies, and her challenges to the district court's final dismissal order have no bearing on whether this appeal is moot. It is

**FURTHER ORDERED** that appellant's motions for sanctions be denied. Appellant fails to demonstrate entitlement to the relief requested. It is

**FURTHER ORDERED** that all other pending motions and requests for relief be dismissed as moot. It is

**FURTHER ORDERED**, on the court's own motion, that the Clerk not accept from appellant any further submissions in this case, except for one petition pursuant to Federal Rule of Appellate Procedure 40 and Circuit Rule 40, pending further order of the court.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

BY:   /s/
        Selena R. Gancasz
        Deputy Clerk